# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JIMMIE RAY MORROW, #26919-078 | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-505 |
| | § | (Judge Crone/Judge Nowak) |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 31, 2021, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Movant Jimmie Ray Morrow's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) be denied, his claims be dismissed with prejudice, and a certificate of appealability be denied. Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, even after an extension of the deadlines for objections (Dkt. #29), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant Jimmie Ray Morrow's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) is **DENIED**. Movant Jimmie Ray Morrow's claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that a certificate of appealability is **DENIED**.

The Clerk is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 29th day of April, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE